IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Dixie Renee Brown | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:15-CV-02660-JAR-KGG |
| | ) | |
| vs. | ) | |
| | ) | |
| Empire Financial, Inc., *et. al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION AND JUDGMENT OF DISMISSAL WITH PREJUDICE OF ALL PLAINTIFF'S CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

COMES NOW Plaintiff and Defendant, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and agree and stipulate to the dismissal WITH PREJUDICE of the above-captioned action, including all of Plaintiff's claims against Defendant Equifax Information Services, LLC.  Each party further agrees to bear its respective costs and attorney fees.

By: /s/ Chelsea S. Springer
Tracy L. Robinson #36691
Chelsea S. Springer #51089
1125 Grand Blvd, Suite 1300
Kansas City, MO 64106
Phone: (816) 842-1317
Fax:    (816) 842-0315
Email: admin@tlrlaw.com
Attorney for Plaintiff

By: /s/ Guillermo G. Zorogastua
Guillermo G. Zorogastua #59643
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Phone: (816) 753-1000
Fax: (816) 753-1536
Email: gzorogastua@polsinelli.com
Attorney for Defendant
Equifax Information Services, LLC

**SO ORDERED.**

1